DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SYLVERA MATHURIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-4189

[December 10, 2014]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Matthew Destry, Judge; L.T. Case Nos. 08-020167 CF10A, 08-023460 CF10A & 08-023459 CF10A.

Sylvera Mathurin, South Bay, Pro Se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. St. Cyr v. State*, 106 So. 3d 487, 489 (Fla. 4th DCA 2013); *Blacker v. State*, 49 So. 3d 785 (Fla. 4th DCA 2010), rev. denied, 108 So. 3d 656 (Fla. 2012).

GROSS, TAYLOR and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***